UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Grownsy International LLC,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>Tushbaby, Inc.,<br><br>　　　　　*Defendant*. | **CASE NO.** 1:24-cv-8278<br><br>**Jury Demand** |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Grownsy International LLC, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant Tushbaby, Inc without prejudice.

Date: October 15, 2024

/s/ Wei Wang
Wei Wang, Esq.
GLACIER LAW LLP
41 Madison Avenue, Suite 2529,
New York, NY 10010
wei.wang@glacier.law
(212) 729-5073
***Attorney for Plaintiff***

1

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this October 15, 2024, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.


Date: 10/15/2024                                               /s/ Wei Wang
                                                                         Wei Wang, Esq.